NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALD A. KELLOGG,**
*Plaintiff-Appellant,*

v.

**NIKE, INC. AND NIKE USA, INC.,**
*Defendants-Cross Appellants.*

---

2010-1173, -1174, -1195, -1196

---

Appeals from the United States District Court for the District of Nebraska in case no. 07-CV-0070, Chief Judge Joseph F. Bataillon.

---

## ON MOTION

---

## ORDER

Nike, Inc. and Nike USA, Inc. move for a 30-day extension of time, until January 12, 2011, to file their reply brief.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 6 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark J. Peterson, Esq.
     B. Trent Webb, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 6 2010**

**JAN HORBALY**
**CLERK**